UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>EVAN MOORE,<br><br>                Defendant. | CASE NO. 1:23-MJ-00028-SKO<br><br>ORDER UNSEALING COMPLAINT AND CASE<br><br>**UNSEALING ORDER** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-mentioned case be unsealed. IT IS FURTHER ORDERED that the Complaint and arrest warrant issued in this case be unsealed.

IT IS SO ORDERED.

Dated:  **April 5, 2023**

                                            UNITED STATES MAGISTRATE JUDGE